■ In the Matter of PAUL M. HENSLEY et al., Respondents, v MARTIN I. EFMAN, Appellant, et al., Respondents. [746 NYS2d 407]

The Supreme Court properly invalidated the designating petitions (*see Matter of Burns v Wiltse,* 303 NY 319; *Matter of Lawrence v Spelman,* 264 AD2d 455).

The appellant's remaining contentions are without merit. Ritter, J.P., Smith, S. Miller, H. Miller and Townes, JJ., concur.